FILED

06/22/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0370

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0370

_____

HAMLIN CONSTRUCTION AND DEVELOPMENT
COMPANY INC., a Montana Corporation; JERRY
HAMLIN and BARBARA HAMLIN,
Individually and as TRUSTEES OF THE HAMLIN
FAMILY REVOCABLE LIVING TRUST,

     Plaintiffs and Appellants,

v.                                      O R D E R

MONTANA DEPARTMENT OF
TRANSPORTATION; JOHN DOES 1-5; JANE
DOES 1-5; ABC ENTITIES, ORGANIZATIONS
OR AGENCIES 1-5,

     Defendants and Appellees.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Luke Berger, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 22 2022